UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>BRANDON GREGORY WILDER,<br><br>               Defendant. | No. CR-13-6008-EFS<br><br>**ORDER DECLARING THE PRELIMINARY ORDER OF FORFEITURE FINAL** |

    Before the Court, without oral argument, is the U.S. Attorney's Office's (USAO) Motion for Order Declaring the Preliminary Order of Forfeiture Final. ECF No. 61. The USAO asks the Court to enter a final forfeiture order as to the items listed in the September 17, 2013 Preliminary Order of Forfeiture, ECF No. 45, pursuant to 18 U.S.C. § 2253 and Federal Rule of Criminal Procedure 32.2. This property is in the United States' custody. Pursuant to Rule G(4)(a)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, authorized under 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253 and Rule 32.2(b)(6)(C), the United States was not required to publish notice of the preliminary order. The United States did however provide direct notice to Brian Wilder,[1] pursuant to the preliminary forfeiture order. The time for filing a petition for said assets, as provided in Rule 32.2(c), Rule G(5), and

---

[1] Brian Wilder is the Defendant's father.

**ORDER** - 1

21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 2253, has expired, and no petition or claim for said assets were filed. After reviewing the record and relevant authority, the Court finds good cause to grant the motion. Accordingly, **IT IS HEREBY ORDERED**:

1. The USAO's Motion for Order Declaring the Preliminary Order of Forfeiture Final, **ECF No. 61**, is **GRANTED**.

2. The Court's September 17, 2013 Preliminary Order of Forfeiture is FINAL as to Defendant and as to any and all other persons or entities. The forfeited assets, which are listed below, shall be disposed of in accordance with law by the United States:

    (a)  One (1) iPhone, Model A1332, S/N: 88124V7AA4T;

    (b)  One (1) Xbox 360s console bearing S/N: 466935202105;

    (c)  One (1) HP Pavilion DV7 Laptop S/N: CNF115C9WW;

    (d)  One (1) Compaq Presario R4000 bearing S/N: CND5280P3M;

    (e)  One (1) Seagate FreeAgent GoFlex external hard drive bearing S/N: NA0KAKFQ;

    (f)  One (1) Isoray medical media kit thumb drive; and

    (g)  One (1) Sandisk Cruzer 4GB Thumbdrive.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel.

**DATED** this 26th day of November 2013.

                              s/ Edward F. Shea
                            EDWARD F. SHEA
                  Senior United States District Judge

Q:\EFS\Criminal\2013\6008.final.forfeit.lc1.docx

**ORDER** - 2